UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | 3:06-cr-00010-LRH-VPC |
| Plaintiff,   ) | |
| ) | <u>MINUTE ORDER</u> |
| vs.   ) | |
| ) | July 23, 2009 |
| ESTEBAN MARTINEZ-LOPEZ,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>ROSEMARIE MILLER</u>       REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>     NONE APPEARING     </u>

COUNSEL FOR DEFENDANT(S):  <u>     NONE APPEARING     </u>

MINUTE ORDER IN CHAMBERS:

 Before the court is Defendant Martinez-Lopez's Motion to Modify Restitution (#82[1]).

 Defendant was convicted in this action, which involved relevant conduct consisting of at least three (3) bank robberies wherein the Defendant Martinez-Lopez was a principal actor in each robbery.  The court imposed a restitution order of $19,614.00, which represented the proven loss of the three banks in question.  It was the court's intention that each defendant be jointly and separately liable for the loss that occurred.

 It has not been demonstrated to the court that the court even has jurisdiction to modify the restitution that was ordered.  However, even if the court had jurisdiction to consider the motion, it would be denied under the circumstances of this case.  Good cause appearing, Defendant's Motion to Modify Restitution (#82) is DENIED.

        LANCE S. WILSON, CLERK

        By:  <u>    /s/    </u>
          Deputy Clerk

---

[1] Refers to court's docket number.